I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 2-25-15

DEPUTY CLERK

JS6 Entered

FILED
CLERK, U.S. DISTRICT COURT

FEB 25 2015

CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYREESE L. REED, | Case No. CV 13-5698-RGK (RNB) |
|     Petitioner, | |
| vs. | **JUDGMENT** |
| JEFFREY BEARD, | |
|     Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: FEB 24 2015

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE